**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No.  06-cr-00452-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    ANDREW DENNIS LINDBLOOM,

       Defendant.
_____

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**
_____

       Upon petition of the United States and for good cause shown, it is hereby

       ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce ANDREW DENNIS LINDBLOOM before a United States Magistrate Judge forthwith for proceedings and appearances upon the charges in the Indictment, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

       SO ORDERED this   18th   day of December, 2006.

                                                     s/Lewis T. Babcock
                                                 UNITED STATES JUDGE
                                                 UNITED STATES DISTRICT COURT
                                                 DISTRICT OF COLORADO